UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AC AVIATION LLC,

                 Plaintiff,

                v.

REED SMITH LLP; CHRISTOPHER
BUCHANAN; MATTHEW MEISEL; and
JOHN DOES 1–10,
                 Defendants.

25-CV-9336 (RA)

AMENDED ORDER

RONNIE ABRAMS, United States District Judge:

Due to a scheduling conflict, the conference in the above captioned matter scheduled for Friday, January 16, 2026 at 1:00 p.m. is hereby adjourned to Friday, January 16, 2026 at 3:15 p.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681; Meeting ID: 23055424735. This conference line is open to the public. The parties' joint letter and proposed case management plan shall be submitted no later than January 9, 2026.

SO ORDERED.

Dated:    December 19, 2025
          New York, New York

                                   Hon. Ronnie Abrams
                                   United States District Judge