# GIBSON DUNN

Nancy Hart
Partner
T: +1 212.351.3897
nhart@gibsondunn.com

December 24, 2025

<u>VIA ECF</u>
Hon. Ronnie Abrams
United States District Court, S.D.N.Y.
Thurgood Marshall Courthouse
40 Foley Square, Room 2203
New York, NY 10007

      Re:    *AC Aviation LLC v. Reed Smith LLP, et al.*, No. 25-cv-9336 (RA)

Dear Judge Abrams:

    I write on behalf of Defendants Reed Smith LLP, Christopher Buchanan, and Matthew Meisel ("Defendants"), to apprise the Court of a significant update related to the letter we filed yesterday raising jurisdictional issues and seeking an extension of Defendants' time to respond to the Complaint and an adjournment of the initial status conference (Dkt. 9). We have now heard from Plaintiff's counsel regarding the jurisdictional issue. He informed us that Plaintiff intends to dismiss the Complaint and refile the action in state court.

    Given that update, we are hopeful that the issues raised in our letter will be resolved without Court intervention. However, out of an abundance of caution, we ask that the Court still grant Defendants' requests for an extension and adjournment given the upcoming deadlines in early January 2026.

Respectfully submitted,

*/s/ Nancy Hart*
Nancy Hart

CC: All Counsel of Record via ECF

Application granted. The January 16, 2026 conference is adjourned. Defendants shall file their responsive pleading by February 4, 2026. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 9.

SO ORDERED.

Hon. Ronnie Abrams
Dec. 29, 2025